**From:** House of Travel, Inc. <sales@houseoftravelinc.com>
**To:** Ikwazema E. Abakporo <eralaw@aol.com>
**Subject:** ELECTRONIC TICKET RECEIPT
**Date:** Fri, Feb 17, 2012 5:32 pm
**Attachments:** ABAKPORO_IKWAZEMA_E_MR_Travel_Details.jpg (653K)

Dear Sir,

Please print the attachment along with the contents of this email to read the detailed travel information.
Please see below the electronic ticket receipt.
Please be at the airport 3 hours prior to the flight departure time given below.
The information in this email is also sufficient to travel.
*******************************************************

ELECTRONIC TICKET RECEIPT

NAME:   ABAKPORO/IKWAZEMA E MR
BOOKING CONFIRMATION # : FE5K3J
ELECTRONIC TICKET # 7258739547292
FLIGHT#   DATE     FROM     TO       DEP.TIME     ARR.TIME
W3 108    20FEB    JFK      LOS      1130P        345P 21FEB

***************************************************************
   VALID ON W3/5K HIFLY ONLY ISSUED:17FEB12
***************************************************************

Please read the code details to understand the above reservation.
D.Time = Departure time
A. Time= Arrival time
All the timings mentioned above are local timings of each city.

LOS: LAGOS, NIGERIA
JFK: NEW YORK JFK, NY


 Arik Air luggage policy :

Checked luggage : Arik Air has baggage allowance of 2 pieces in Economy Class, of 30KG (66 pounds) per piece of checked luggage.

Hand Baggage Allowance:  Hand baggage includes those items, which passengers may take into the aircraft and store under the seat in front or in the overhead storage compartments. Common examples include:

- A bag, not exceeding 55x35x25 cm
- One overcoat or raincoat
- An umbrella or walking stick;
- One camera, one video camera or one portable CD player
- A reasonable quantity of newspapers, magazines or books for the journey
- One handbag or one briefcase or one laptop computer
- Items bought at the airport "Duty Free" shop in limited quantity and dimension
- Food for infants necessary during the journey
- One carry-cot or folding pram
- One folding wheelchair, a set of crutches or similar devices on which a disabled passenger may dependant.

For all Arik Air flights, the hand baggage allowance is one piece weighing a maximum of 10 kg in weight only plus a small briefcase or laptop. On ALL International flights departing Nigeria there is a 100% ban on all liquids and gels in hand baggage.

Extra bags: Passengers may now take up to 10 pieces of excess baggage at a charge of $175 per piece.

If needed, Arik Air Tel. Number in Lagos, Nigeria is: 234-279-9900.

Best regards

Yasmin


Yasmin Wasti
C.E.O.
House of Travel, Inc.
211 East 43rd Street, Suite 910
New York, NY 10017
Tel : 212 370 2810
Fax : 212 370 2811