Passenger Name ABAKPORO Eric

(106)

From LOS

To JFK

| Flight | Class | Date | Time |
| --- | --- | --- | --- |
| W3107 | Y | 28/03 | 1510 |

| Gate | Boarding Time | Seat |
| --- | --- | --- |
| D3 | 1310 | 38D |

Arik

WINGS OF NIGERIA