# I. ERIC ABAKPORO

*attorney at law*

60 4th Avenue
Brooklyn, New York 11217
(718) 222-0043 phone
(718) 222-0341 fax

May 17, 2012

**BY CM/ECF**

Hon. Viktor V. Pohorelsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Abakporo v. Sahara Reporters, et al., No. 10-cv-3256-RJD-VVP
Letter Motion to Discontinue Action

Dear Magistrate Judge Pohorelsky:

I am the Plaintiff in the above referenced action. On April 30, 2012 I was arrested by Federal Agents and was indicted at the U.S Federal Court of the Southern District of New York, case number: 12CRIM340.

My attorneys' advice that the continued prosecution of this matter could undermine my constitutional rights and protection in my defense of the contents of the indictments.

In the light of the foregoing I hereby pray for an Order of this Court to voluntarily discontinue further prosecution of this action without prejudice.

Respectfully submitted,
s/Eric Abakporo
Eric Abakporo

Cc: Davis Wright Tremaine LLP

Application GRANTED.
SO ORDERED.
Dated: Brooklyn, New York
       May 18, 2012

s/ Judge Raymond J. Dearie
RAYMOND J. DEARIE
United States District Judge